IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TREVIN D. JONES,

                Petitioner,

      v.

PAUL THOMPSON,

                Respondent.

No. 2:21-CV-0403 TLN DB

ORDER GRANTING EXTENSION OF TIME

      On March 29, 2021, respondent requested a seven-day extension of time to file a response to petitioner's Motion for Preliminary Injunction.

      Good cause appearing, IT IS HEREBY ORDERED that respondent's motion for an extension of time (ECF No. 8) is granted. The response to petitioner's Motion for Preliminary Injunction (ECF No. 2) is now due April 5, 2021.

Dated:  April 1, 2021

*[signature]*

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
DB/Orders/Prisoner.Habeas/jone0403.PIresponse.EOT.gov