UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVIN D. JONES,

    Petitioner,

v.

PAUL THOMPSON,

    Respondent.

No. 2:21-cv-00403 TLN DB P

ORDER

Petitioner proceeds pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 31, 2021, respondent moved to dismiss the petition and served a copy of the motion to dismiss on petitioner. To date, petitioner has not opposed the motion to dismiss, sought an extension of time, or filed a statement of non-opposition.

Local Rule 230(l) provides, in pertinent part:

> Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

Local Rule 230; see also Local Rule 110 (failure to comply with the Local Rules may be grounds for sanctions).

1

1 | Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date
2 | of this order, petitioner shall file an opposition, if any, to the motion to dismiss. Failure to file an
3 | opposition will be deemed consent to have the petition dismissed for lack of prosecution and for
4 | failure to comply with the Local Rules and a court order.
5 | Dated: May 17, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
jone0403.nooppo