UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVIN D. JONES,<br><br>          Petitioner,<br><br>     v.<br><br>PAUL THOMPSON,<br><br>          Respondent. | No. 2:21-cv-00403-TLN<br><br>**ORDER** |

Petitioner, a federal prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 13.) Neither party has filed objections to the findings and recommendations.

Although the docket reflects that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

The Court has reviewed the matter and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED:

1. Petitioner's motion for preliminary injunction (ECF No. 2) is DENIED;

2. Respondent's motion to dismiss (ECF No. 9) is GRANTED;

3. The petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed without prejudice; and

4. The Clerk of the Court is directed to close this case

DATED:  January 24, 2022

Troy L. Nunley
United States District Judge

2